UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00039 |
| ) | JUDGE SHARP |
| FRANCISCO AREVALO-LOPEZ ) | |

**O R D E R**

Pending before the Court is an Agreed Motion to Set For Plea Hearing (Docket No. 16).

The motion is GRANTED and the plea hearing is hereby scheduled for Friday, April 19, 2013, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE